NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DALI WIRELESS INC.,**

*Plaintiff-Appellant*

v.

**CORNING OPTICAL COMMUNICATIONS LLC,**

*Defendant*

---

2023-1610

---

Appeal from the United States District Court for the Northern District of California in No. 3:20-cv-06469-EMC, Judge Edward M. Chen.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

July 18, 2023
    Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 18, 2023